Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE: 6:11-MJ-0078-YNP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON |
| MICHAEL A. DOBBINS, | ) | |
| Defendant. | ) | Court: U.S. District Court - Yosemite |
| | ) | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Michael A. Dobbins, and his attorney of record, Brian Mullins, that the bench trial in the above-captioned matter currently scheduled for September 8, 2011 be vacated. The parties have entered into a Deferred Prosecution Agreement.

Dated: August 16, 2011              /s/ Susan St. Vincent
                                    Susan St. Vincent
                                    Acting Legal Officer for
                                    National Park Service

Dated: August 16, 2011              /s/ Brian Mullins
                                    Brian Mullins
                                    Attorney for
                                    Michael A. Dobbins

* * * ORDER * * *

The Court, having reviewed the above request to vacate the bench trial, now set for September 8, 2011, HEREBY ORDERS AS FOLLOWS:

The bench trial set for September 8, 2011, is vacated.

IT IS SO ORDERED.

Dated:   August 21, 2011              /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE